# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN OPARA,<br>    Plaintiff,<br><br>          v.<br><br>STEVEN T. MNUCHIN,<br>    Defendant. | CV 19-00002 DSF<br><br>Order to Show Cause re Lack of Prosecution |

    Plaintiff filed a proof of service in this case on February 6, 2019. That proof of service does not demonstrate that Defendant, a federal official, was served properly under Rule 4(i). Therefore, Plaintiff is ordered to show cause, no later than April 25, 2019 why this case should not be dismissed for failure to serve Defendant within the 90-day period allowed by Rule 4(m).

    IT IS SO ORDERED.

Date: April 11, 2019

                                     Dale S. Fischer
                                     United States District Judge