JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN OPARA,<br><br>       Plaintiff,<br><br>       v.<br><br>JANET YELLEN, Secretary of the Treasury,<br><br>       Defendant. | Case No.: 2:19-cv-00002 MCS (ASx)<br><br>**JUDGMENT** |

The Motion for Summary Judgment filed by the Defendant Janet Yellen, Secretary of the Treasury, having been taken under submission, and the Court having considered the pleadings, evidence presented, and the Memorandum of Points and Authorities, and in accordance with the Statement of Uncontroverted Facts and

/ / /

/ / /

/ / /

1

Conclusions of Law entered herein, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion be granted and judgment is hereby entered for Defendant.

**IT IS SO ORDERED.**

Dated: August 12, 2021

*[signature: Mark C. Scarsi]*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE